STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BENEDICT JOSEPH RAYMOND, DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super.* 463.

*Mr. Frederick Klaessig* for the petitioner.

*Mr. H. Russell Morss, Jr.,* and *Mr. Calvin J. Hurd* for the respondent.

December 16, 1957.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANDREW BULNA, DEFENDANT-RESPONDENT.

See same case below: 46 *N. J. Super.* 313.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the petitioner.

*Messrs. David & Albert L. Cohn* for the respondent.

December 16, 1957.   Granted.